■ JACQUE LYNN MROZ, Respondent, v 3M COMPANY, Appellant, et al., Defendant. (Appeal No. 1.) [53 NYS3d 585]—Appeal from an order of the Supreme Court, Erie County (Catherine R. Nugent Panepinto, J.), entered January 4, 2016. The order denied the posttrial motion of defendant 3M Company to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435, 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Carni, DeJoseph, NeMoyer and Troutman, JJ.